# EXHIBIT A



Messages   Admin   Help   Exit

ACCOUNTS   PAYMENTS   TRANSFERS   SERVICES
• Payments   ○ Templates   ○ Recipients   ○ Bill Pay

# Preview Payment
Use this screen to preview wire payment information.

**Payment Information**

Payment Description: WINTERNITZ INC
Payment Type: Wire
Destination Currency: US Dollar
Pay From: GENERAL

Amount: 18,700.00
Memo: BIDDER 46

Effective Date: 10/14/2004
Frequency: One Time Only

**Intermediary Bank Information**

Bank Identifier: 042000314
Bank ID Type: ABA (domestic)
Bank Name: FIFTH THIRD BANK
Street Address: UNKNOWN

City: CINCINNATI
State: OH
Country: UNITED STATES
Zip Code: UNKNOWN

**Recipient Information**

Recipient Name: WINTERNITZ INC

Recipient ID: WINTERNITZ

Street Address: UNKNOWN
City: CINCINNATI
Country: UNITED STATES
State: OH
Zip Code: UNKNOWN

Phone Number:
Email Address:

**Primary Account Information**

Account Number: ████239
Account Currency: US Dollar
Account Name: WINTERNITZ INC

Bank Identifier: ████314
Bank ID Type: ABA (domestic)
Bank Name: FIFTH THIRD BANK

Street Address: UNKNOWN
City: CINCINNATI

#106181