# EXHIBIT B

# G. A. Logistics, Inc
## 7934 MAIN ST NE
## FRIDLEY, MN 55432

# Invoice

| Date | Invoice # |
|---|---|
| 10/29/2004 | 2008947 |



BAKER BEARING CO
2620 Minnehaha Avenue South
Minneapolis, MN 55406



J C REPAIR
8521 LYNDON
DETROIT, MI 48238NS

| S.O. No. | P.O. No. | Terms | Ship Date | Due Date | Ship Via |
|---|---|---|---|---|---|
| NS | NS | Net 15 days | 10/2/2004 | 11/13/2004 | JEVIC |

| Description | Class | Weight | Amount |
|---|---|---|---|
| 4 SKIDS BEARINGS | 50 | 8000 | 1,352.80 |
| 60% DISCOUNT | | | -811.68 |
| FSC | | | 64.39 |

152981189

| | Total | $605.51 |
|---|---|---|

00252