# EXHIBIT G

```
HGoIndustry USA, Inc.                    11425 Cronhill Drive
                                         Owings Mills, Maryland 21117

                                         Tel   (410) 654 7500
                                         Fax   (410) 654 5876
                                         Web   www.go-dove.com
                                         Web   www.go-dove.com
------------------------------------------------------------------------

BAKER BEARING CO.                        Invoice Number:  04657971/44
Mr MICHAEL BRIDGEMAN                     Invoice Date:    09/Jul/2008
2620 MINNEHAHA AVE. S                    Payment by:      18/Jul/2008
55406 MINNEAPOLIS                        Removal by:      31/Jul/2008
Minnesota, USA
                                         Sale Name:       Continental Tire
Bidder No.: 555978

Phone:  +1 (0)6127245203
Fax:    +1 (0)6127245015
MN-MIKEB@BAKERBEARING.COM


On behalf of our client, we sell as per our terms and conditions and without
liability or recourse against GoIndustry USA Inc. or the owner of the goods.

Title does not pass until payment is received in full to GoIndustry USA Inc..
```

| Lot # Ref.# | Qty Description | Tax | Amount USD |
|---|---|---|---|
| 1391604 | 1 Lot - Bearing Sets (Site Lot 450) Timken Bearing Sets, Approx. (8); Including: Cups, Cones, Bearings | 1 | 41400.00 |

I agree that I have purchased these items as is, where is.

```
                                         Purchases: 1 Lot(s) 1 Item(s).
Payment Details
                                         Amount                    41400.00
Bank Transfer to: PNC Bank  2 Hopkins    Buyers Premium 17%         7038.00
Plaza, Baltimore, Maryland  21201        Total Amount Due          48438.00

Acc Name: GoIndustry, USA                Paid Credit Card 09/Jul/20 30000.00
Acc Number                               Paid Credit Card 09/Jul/20 18438.00
Swift code/ABA routing: ABA -            Amount Due                     0.00
031000053 / Swift - PNCCUS33
```

01792